No. 689. RANGHILD JOHNSON v. WHITNEY COMPANY. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur I. Moulton* for petitioner. No appearance for respondent.

No. 690. CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY v. HOWE-MCCURTAIN COAL AND COKE COMPANY. November 29, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. W. R. Bleakmore* for petitioner. *Mr. James H. Gordon* for respondent.

No. 692. UNITED VERDE COPPER COMPANY v. W. A. JORDAN, W. E. JORDAN, C. A. JORDAN, ET AL., ETC. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Edward W. Rice* and *Clifton Mathews* for petitioner. *Mr. William R. Harr* for respondents.

No. 693. UNITED VERDE EXTENSION MINING COMPANY v. W. A. JORDAN, W. E. JORDAN, C. A. JORDAN, ET AL., ETC. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. E. E. Ellinwood, Howard Cornick,* and *John M. Ross* for petitioner. *Mr. William R. Harr* for respondents.

No. 694. EDWIN H. ARMSTRONG AND WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY v. LEE DE FOREST, DE FOREST RADIO TELEPHONE & TELEGRAPH COMPANY ET AL. November 29, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John C. Kerr* and *Drury W. Cooper* for petitioners. No appearance for respondents.